IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Brittany A., | : |
| | : Case No. 2:23-cv-04082 |
| Plaintiff, | : |
| v. | : Judge Graham |
| | : |
| Commissioner of the Social Security Administration, | : Magistrate Judge Gentry |
| | : |
| Defendant. | : |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Gentry (doc. 12) recommending reversal of the Commissioner's non-disability determination and further recommending that this action be remanded to the Social Security Administration for further proceedings. Specifically, the Magistrate Judge recommended that, on remand,

> The ALJ should further develop the record as necessary, particularly as to the medical opinion evidence and Plaintiff's mental limitations, and evaluate the evidence of record under the applicable legal criteria mandated by the Commissioner's regulations and rulings and governing case law. The ALJ should evaluate Plaintiff's disability claim under the required five-step sequential analysis to determine anew whether Plaintiff was under a disability and whether [her] application for SSI should be granted.

Doc. 12, # 1840. No objections to the R&R have been filed, and the time for filing such objections has expired.

The Court **ADOPTS** the R&R (doc. 12) and **ORDERS** that the Commissioner's non-disability determination be **REVERSED**, and this matter **REMANDED** to the Social Security

Administration under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with the recommendations adopted herein.

    **IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: March 12, 2025